IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02081-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

GARY SALAZAR,

    Plaintiff,

v.

UNKNOWN RESPONSE TEAM MEMBER ONE, individually, and in their official
    capacity,
UNKNOWN RESPONSE TEAM MEMBER TWO, individually, and in their official
    capacity,
UNKNOWN RESPONSE TEAM MEMBER THREE, individually, and in their official
    capacity,
UNKNOWN RESPONSE TEAM MEMBER FOUR, individually, and in their official
    capacity,
UNKNOWN RESPONSE TEAM MEMBER FIVE, individually, and in their official
    capacity,
UNKNOWN JAIL DEPUTY ONE, individually, and in their official capacity,
UNKNOWN JAIL DEPUTY TWO, individually, and in their official capacity,
UNKNOWN JAIL DEPUTY THREE, individually, and in their official capacity, and
TERRY MAKETA, El Paso County Sheriff, individually, and in their official capacity,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a state prisoner in Colorado, has filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted.
(2)  __  is missing affidavit
(3)  xx  is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Plaintiff must submit account statement from **each** facility in which he has been incarcerated in the previous 6 months, including the El Paso County Jail)
(4)  __  trust fund account statement is missing certification by authorized prison official.
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) __  other: _____

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) __  is not on proper form
(13) __  is not signed by the Plaintiff
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this order** the action will be dismissed without

further notice.

DATED July 28, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge