IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02081-BNB

GARY SALAZAR,

    Plaintiff,

v.

DEPUTY WHITE, individually,
UNKNOWN RESPONSE TEAM MEMBER ONE, individually,
UNKNOWN RESPONSE TEAM MEMBER TWO, individually,
UNKNOWN RESPONSE TEAM MEMBER THREE, individually,
UNKNOWN RESPONSE TEAM MEMBER FOUR, individually,
UNKNOWN JAIL DEPUTY ONE, individually,
UNKNOWN JAIL DEPUTY TWO, individually, and,
UNKNOWN JAIL DEPUTY THREE, individually,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED September 10, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge